918

No. 54. Parry Navigation Co., Inc. v. Todd Shipyards Corp. C. A. 2d Cir. Certiorari denied. *Raymond Parmer* and *Irving L. Evans* for petitioner. *James I. Cuff* for respondent.

No. 311. Caminos v. Territory of Hawaii. C. A. 9th Cir. Certiorari denied. *O. P. Soares* for petitioner.

No. 368. Massachusetts, Division of Employment Security, v. Thompson, Receiver. C. A. 1st Cir. Certiorari denied. *Francis E. Kelly,* Attorney General of Massachusetts, and *John A. Brennan* for petitioner. *Lee M. Friedman* for respondent.

No. 415. Morris et al. v. Group of Institutional Investors et al. C. A. 8th Cir. Certiorari denied. *Lemuel Skidmore* and *Carl H. McClure III* for the Protective Committee for Holders of Missouri Pacific Gold Bonds; *De Lancey C. Smith* for Smith et al.; and *Fred N. Oliver* and *Willard P. Scott* for Morris, petitioners. *Carroll C. Gilpin* of counsel for petitioners. *Charles W. McConaughy* for the Group of Institutional Investors; *Sanford H. E. Freund* for the Protective Committee for Holders of General Mortgage Bonds; and *Leonard P. Moore* and *Clair B. Hughes* for the Manufacturers Trust Co., Trustee, respondents.

No. 433. Giffen et al. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Gilbert H. Jertberg* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Robert N. Anderson* for respondent.